*Stern* filed a memorandum for the United States stating that the Government does not oppose the granting of the petition.

No. 318. NATIONAL LABOR RELATIONS BOARD *v.* ROCK-AWAY NEWS SUPPLY CO., INC. C. A. 2d Cir. Certiorari granted. *Acting Solicitor General Stern* and *George J. Bott* for petitioner. *Harry S. Bandler* and *Julius Kass* for respondent.

No. 320. STONE *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD CO. Supreme Court of Missouri. Certiorari granted. *Tyree C. Derrick* and *Karl E. Holderle, Jr.* for petitioner.

No. 322. POPE ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO. Supreme Court of Georgia. Certiorari granted. Counsel are requested to discuss in their briefs and on oral argument the question whether the judgment sought to be reviewed is final within the meaning of 28 U. S. C. § 1257. *Richard M. Maxwell* and *Thomas J. Lewis* for petitioners. *Charles Cook Howell* and *Douglas W. Matthews* for respondent.

No. 233. BURNS ET AL. *v.* CAROLINA POWER & LIGHT CO. C. A. 4th Cir. Certiorari denied. *H. Wayne Unger* for petitioners. *Charles F. Rouse* and *A. Y. Arledge* for respondent.

No. 243. SANSON HOSIERY MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *George M. Ethridge* for petitioner. *Acting So-*